**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

---

LARRY GAMES,                                          CASE NO.    3:17-cv-626-TBR
                    Plaintiff,

                                                      **ELECTRONICALLY FILED**

        vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC;
                    Defendants.

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth Of Kentucky, Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division on the following grounds:

1.      Plaintiff, Larry Games served Trans Union on or about October 4, 2017, with a Civil Summons and Complaint filed in the Commonwealth Of Kentucky, Jefferson Circuit Court.  Copies of the Civil Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 1 and 15-17.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Court of Commonwealth Of Kentucky, Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

5.      As of the date of this Notice Of Removal, Defendants Experian Information Solutions, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") have been served.  Counsel for Trans Union has contacted counsel and/or corporate representatives for the Defendants Experian and Equifax and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C** and **Exhibit D**.

6.      Notice of this removal will promptly be filed with the Court of Commonwealth Of Kentucky, Jefferson Circuit Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Court of Commonwealth Of Kentucky, Jefferson Circuit Court to this United States District Court, Western District of Kentucky, Louisville Division.

Respectfully submitted,


 *s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of October, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of October, 2017**, properly addressed as follows:

| **for Plaintiff Larry Games** <br> Zachary L. Taylor, Esq. <br> 2815 Taylorsville Road, Suite 101 <br> Louisville, KY  40205 | |
|---|---|

 *s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*