IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| LARRY GAMES | } | |
| Plaintiff, | } | 3:17-cv-00626-TBR |
| v. | } | |
| TRANS UNION, LLC, *et al.* | } | |
| Defendant. | } | |

**NOTICE OF SETTLEMENT**

Please take notice that the parties, by agreement, have resolved their differences. The Plaintiff, Larry Games, requests that all deadlines herein be continued for a period of 45 days to allow for the parties to file an agreed order of dismissal upon consummation of their settlement.

Respectfully submitted,

TAYLOR COUCH PLLC

*/s/ Zachary L. Taylor*
Zachary L. Taylor
130 Saint Matthews Avenue, Suite 301
Louisville, Kentucky 40207
(502) 625-5000
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be sent electronically via the Court's ECF-CM filing system to all counsel of record on this the 31st day of January, 2019

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR