# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| LARRY GAMES,<br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC;<br>        Defendants. | CASE NO. 3:17-cv-00626-RGJ-LLK<br><br>**ELECTRONICALLY FILED**<br><br>Judge Rebecca Grady Jennings |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Larry Games, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: March 27, 2019

*s/ Zachary L. Taylor (with consent)*
Zachary L. Taylor, Esq.
Taylor Couch PLLC
130 Saint Matthews Avenue Suite 301
Louisville, KY  40207
Telephone:  (502) 822-5000
Fax:  (502) 822-2500
E-Mail:  ztaylor@taylorcouchlaw.com

*Counsel for Larry Games*

Date:  <u>March 28, 2019</u>             <u>s/ Scott E. Brady</u>
                                          William R. Brown, Esq. (IN #26782-48)
                                          Scott E. Brady, Esq. (IN #30534-49)
                                          (admitted *Pro Hac Vice*)
                                          Schuckit & Associates, P.C.
                                          4545 Northwestern Drive
                                          Zionsville, IN  46077
                                          Telephone:  317-363-2400
                                          Fax:  317-363-2257
                                          E-Mail:  wbrown@schuckitlaw.com
                                                    sbrady@schuckitlaw.com

                                          *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of March, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Zachary L. Taylor, Esq.<br>ztaylor@taylorcouchlaw.com | Benjamin T. Verney, Esq.<br>bverney@jonesday.com |
| Margaret Jane Brannon, Esq.<br>mjbrannon@jacksonkelly.com | Stephen J. Miller, Esq.<br>sjmiller@jonesday.com |
| John Michael Williams, Esq.<br>williams@wktlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of March, 2019**, properly addressed as follows:

| | |
|---|---|
| None. | |

    *s/ Scott E. Brady*
William R. Brown, Esq. (IN #26782-48)
Scott E. Brady, Esq. (IN #30534-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*