IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| LARRY GAMES | } | |
| | } | |
| Plaintiff, | } | 3:17-CV-00626-RGJ |
| | } | |
| v. | } | |
| | } | |
| TRANS UNION, LLC, *et al.* | } | |
| | } | |
| Defendant. | } | |

## AGREED ORDER

On agreement of the plaintiff Larry Games and defendant Equifax Information Services, LLC, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the plaintiff's claims against Equifax Information Services, LLC only are hereby DISMISSED, with prejudice, as settled. Each party shall bear their own costs.

**This is a final and appealable decision, there being no just reason for delay.**

August 30, 2019

*(signature)*
Rebecca Grady Jennings, District Judge
United States District Court

AGREED TO BY:

/s/ John Williams (with permission)
John Williams
Rajkovich, Williams, Kilpatrick & True
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
williams@wktlaw.com

Charles Campbell, II
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
CCampbell@KSLAW.com

*Counsel for Equifax*

/s/ Zachary L. Taylor
TAYLOR COUCH PLLC
Zachary L. Taylor
130 Saint Matthews Avenue, Suite 301
Louisville, Kentucky 40207
(502) 625-5000
ztaylor@taylorcouchlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be sent electronically via the Court's ECF-CM filing system to all counsel of record on this the 29th day of August, 2019

                                                                          /s/ Zachary L. Taylor
                                                                         ZACHARY L. TAYLOR